## United States Bankruptcy Court
Western District of Michigan
One Division Ave., N, Room 200
Grand Rapids, MI 49503

**Daniel M. LaVille**
**Clerk**
(616) 456-2693- Tel.
(616) 456-2919- Fax.

June 21, 2018

Alisa Byrnes
2202 Lagoon Drive
Okemos, MI 48864

In Re:   Debtor's Declaration Re: Electronic Filing
         Case No.: 18-01839-swd

Dear Ms. Byrnes:

  The record of this Court reflects that on April 23, 2018, attorney Adam J. Gantz, Esq. electronically filed a Chapter 13 proceeding on your behalf.   Pursuant to the Administrative Procedures for the Electronic Filing, Signing, Verification and Service of Documents adopted by the Court on February 3, 2004, a Debtor's Declaration Re: Electronic Filing shall be filed within seven (7) business days of the electronic filing.  Further, that failure to timely file said declaration may result in the dismissal of the bankruptcy proceeding without prejudice and without further notice of the Court.

  Please be advised that as of today's date, your Debtor's Declaration Re: Electronic Filing has not been filed with the Court.   Without this document, the court is unable to issue a Chapter 13 discharge on your behalf when applicable.   I have enclosed a form declaration for you to fill out and return to the court at the mailing address referenced above.   Please note that if you sign the form, it must also contain your full social security number in the space provided below your signature in order for you to receive a discharge.

  If you have any questions, please do not hesitate to contact me at the telephone number referenced above.

Very truly yours,

/S/ *Brenda Stewart*
Brenda Stewart
Case Administrator Supervisor

Enclosure

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MICHIGAN

In Re:

    Alisa Byrnes                                        Case No.: __18-01839-swd__

_____Debtor(s)/

## Declaration Re: Electronic Filing
## and Verification of Social Security Number(s)

    I(we) the undersigned debtor(s), hereby declare that the information I(we) have given to my(our) attorney and the information provided in the electronically filed petition, statements and schedules is true and correct.   I(we) have consented to my(our) attorney electronically filing the petition, statements, schedules and any future amendments of these documents.   I(we) declare that the Social Security Number(s) indicated below is(are) true and correct.

    I(we) have been informed by my(our) attorney that I(we) may proceed under chapter 7, 11, 12 or 13 of the United States Code, and understand the relief available under each such chapter and have requested relief in accordance with the chapter specified in the electronically filed petition.

    I(we) declare under penalty of perjury that the foregoing is true and correct.

Dated: _____        X _____
                                        Signature of Debtor

                                        Social Security No.: _____

Dated: _____        X _____
                                        Signature of Joint Debtor (if applicable)

                                        Social Security No.: _____

**(PLEASE FILE ORIGINAL WITH COURT)**