## UNITED STATES BANRUPTCY COURT
## WESTERN DISTRICT OF MICHIGAN

In re:

Alisa Byrnes

Soc. Sec. No. XXX-XX-9904

      Debtor

_____/

Chapter 13
Case No: 18-01839
Hon. Scott W. Dales

## NOTICE OF VOLUNTARY DISMISSAL OF CASE

This matter having come on to be heard for Voluntary Dismissal per Debtor's request, for the reason that for the reason that Debtor has been incapacitated due to an injury/illness for a substantial period of time and unable to comply with the requirements of the bankruptcy process;

NOW, THEREFORE, IT IS HEREBY STIPULATED that this Chapter 13 case is voluntarily dismissed:

IT IS FURTHER STIPULATED that the Clerk's office shall immediately provide notice to the entry of this Order to all creditors listed in this case, the Debtor, Debtor's attorney, if any, and the Trustee.

IT IS FURTHER STIPULATED that Barbara P. Foley is discharged as Trustee, and the Trustee and her surety are released from any and all liability on account of the within proceedings.

| | |
|---|---|
| /s/ Adam J. Gantz | /s/ Alisa Byrnes |
| Adam J. Gantz (P58558) | Alisa Byrnes, Debtor |
| The Gantz Law Firm | |
| Attorney for Debtor | |
| 30903 Northwestern Highway, Suite 270 | |
| Farmington Hills, MI 48334 | |
| (248) 702-0550 | |
| agantz@gantzassociates.com | |

Dated: August 10, 2018