FORM odsms13 (07/16)

**United States Bankruptcy Court**
**Western District of Michigan**
One Division Ave., N.
Room 200
Grand Rapids, MI 49503

| | |
|---|---|
| **IN RE:** Debtor (name used by the debtor in the last 8 years, including married, maiden, trade, and address):<br><br>**Alisa Byrnes**<br>2202 Lagoon Drive<br>Okemos, MI 48864<br>SSN: xxx–xx–9904<br><br>**Debtor** | Case Number 18–01839–swd<br><br>Chapter 13<br><br>Honorable Scott W. Dales |

## ORDER DISMISSING CHAPTER 13 CASE

PRESENT: Honorable Scott W. Dales
Chief United States Bankruptcy Judge

The Debtor filed a motion in accordance with 11 U.S.C. § 1307(b) seeking to dismiss this case, and it appears that the case has not been converted previously under 11 U.S.C. § 706 or § 1112,

NOW, THEREFORE, IT IS HEREBY ORDERED that:

1. This chapter 13 case shall be dismissed at noon on the seventh day after entry of this Order unless, before that time, a party in interest files opposition to dismissal or a request for a hearing to consider the revesting of estate property under 11 U.S.C. § 349(b)(3).

2. Upon dismissal all further stay of proceedings shall be hereby terminated as to the Debtor

3. That Barbara P. Foley shall file her final report and account.

4. That all orders which have been entered, if any, requiring the employer of the Debtor to submit monies to the chapter 13 Trustee are hereby terminated as of the date of entry of this Order.

5. If a party in interest timely opposes dismissal or files a request for hearing as contemplated in paragraph 1 of this Order, the Clerk shall schedule a prompt hearing.

IT IS FURTHER ORDERED that the Clerk shall forthwith serve a copy of this Order pursuant to Fed. R. Bankr. P. 9022 and LBR 5005–4 upon Debtor, attorney for Debtor, Barbara P. Foley, chapter 13 trustee, and all parties listed on the Debtor's mailing matrix.

Dated:  August 13, 2018

BY THE COURT

_____
Scott W. Dales
United States Bankruptcy Judge