United States Bankruptcy Court
Western District of Michigan

In re:  
Alisa Byrnes  
     Debtor

Case No. 18-01839-swd  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0646-1     User: katrina     Page 1 of 1     Date Rcvd: Aug 13, 2018  
                         Form ID: odsms13     Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 15, 2018.
```
db            +Alisa Byrnes,   2202 Lagoon Drive,   Okemos, MI 48864-2712
8214621    ++++DITECH FINANCIAL LLC,   332 MINNESOTA ST STE E610,   SAINT PAUL MN  55101-1311
              (address filed with court:  Ditech Financial Llc,   332 Minnesota St Ste 610,
                Saint Paul MN 55101)
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
8232495        +E-mail/Text: bnc@atlasacq.com Aug 13 2018 21:51:46     Atlas Acquisitions LLC,   294 Union St.,
                 Hackensack, NJ 07601-4303
8247902         E-mail/Text: bankruptcy.bnc@ditech.com Aug 13 2018 21:51:49     Ditech Financial LLC,
                 PO Box 6154,   Rapid City, SD 57709-6154
                                                                                             TOTAL: 2
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*           +Atlas Acquisitions LLC,   294 Union St.,   Hackensack, NJ 07601-4303
                                                                                 TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 15, 2018                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 13, 2018 at the address(es) listed below:
```
              Adam J. Gantz    on behalf of Debtor Alisa  Byrnes agantz@gantzassociates.com,
               gantzassociates@yahoo.com
              Athena J. Aitas    on behalf of Creditor   Ditech Financial LLC westernecf@trottlaw.com,
               mitrottlaw@ecf.courtdrive.com
              Barbara P. Foley    ecf@chpt13.com,  chpt13@yahoo.com
                                                                                            TOTAL: 3
```

FORM odsms13 (07/16)

**United States Bankruptcy Court**
**Western District of Michigan**
One Division Ave., N.
Room 200
Grand Rapids, MI 49503

| | |
|---|---|
| **IN RE:** Debtor (name used by the debtor in the last 8 years, including married, maiden, trade, and address):<br><br>**Alisa Byrnes**<br>2202 Lagoon Drive<br>Okemos, MI 48864<br>SSN: xxx–xx–9904<br><br>**Debtor** | **Case Number 18–01839–swd**<br><br>**Chapter 13**<br><br>**Honorable Scott W. Dales** |

## ORDER DISMISSING CHAPTER 13 CASE

PRESENT: Honorable Scott W. Dales
Chief United States Bankruptcy Judge

The Debtor filed a motion in accordance with 11 U.S.C. § 1307(b) seeking to dismiss this case, and it appears that the case has not been converted previously under 11 U.S.C. § 706 or § 1112,

NOW, THEREFORE, IT IS HEREBY ORDERED that:

1. This chapter 13 case shall be dismissed at noon on the seventh day after entry of this Order unless, before that time, a party in interest files opposition to dismissal or a request for a hearing to consider the revesting of estate property under 11 U.S.C. § 349(b)(3).

2. Upon dismissal all further stay of proceedings shall be hereby terminated as to the Debtor

3. That Barbara P. Foley shall file her final report and account.

4. That all orders which have been entered, if any, requiring the employer of the Debtor to submit monies to the chapter 13 Trustee are hereby terminated as of the date of entry of this Order.

5. If a party in interest timely opposes dismissal or files a request for hearing as contemplated in paragraph 1 of this Order, the Clerk shall schedule a prompt hearing.

IT IS FURTHER ORDERED that the Clerk shall forthwith serve a copy of this Order pursuant to Fed. R. Bankr. P. 9022 and LBR 5005–4 upon Debtor, attorney for Debtor, Barbara P. Foley, chapter 13 trustee, and all parties listed on the Debtor's mailing matrix.

Dated:  August 13, 2018

BY THE COURT

_____
Scott W. Dales
United States Bankruptcy Judge